Name and address:  VERONICA BARBA, CSB # 254155  veronica@lucasandbarba.com  Lucas & Barba LLP  234 E. Colorado Blvd., Suite 220  Pasadena, CA 91101  Telephone:  (213) 802-0633

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rosalina LUNA | CASE NUMBER |
| Plaintiff(s) | 2:25-cv-05923-JFW-SP |
| v. | |
| Kristi NOEM et al. | **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Nancy L. Alexander                     of    Lucas & Barba LLP   1201 SW 12th Ave.,
*Applicant's Name (Last Name, First Name & Middle Initial)*    Suite 410   Portland, OR 97205
(503) 457-4495            (503) 925-5683
*Telephone Number*        *Fax Number*
nancy@lucasandbarba.com
*E-Mail Address*                              *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Rosalina LUNA v. NOEM et al,  2:25-cv-05923

*Name(s) of Party(ies) Represent*        ✓ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:*

**and designating as Local Counsel**

Veronica Barba                          of    Lucas & Barba LLP   234 E. Colorado Blvd.,
*Designee's Name (Last Name, First Name & Middle Initial)*    Suite 220   Pasadena, CA 91101
254155        (213) 802-0633      (213) 802-0636
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*
veronica@lucasandbarba.com
*E-Mail Address*                              *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application:
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☒ not be refunded.

**Dated: July 10, 2025**

_____
**U.S. Magistrate Judge**