# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Rosalina Luna | CASE NUMBER |
|---|---|
| v. <br> **PLAINTIFF(S)** | 2:25-cv-05923-JFW (SP) |
| Kristi Noem et al | **ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 21-01 (RELATED CASES)** |
| **DEFENDANT(S).** | |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar pursuant to General Order 21-01.

**TRANSFER ORDER DECLINED**

_____    _____
Date                                          United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

Having consulted with the high number judge, the Court finds that this does not meet the criteria for a related case at this time given the distinct factual scenario and procedural posture.

July 14, 2025    [signature]
Date                                          United States District Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case  2:25-cv-05605-MEMF (SP)  and the present case:

- [✓] A.  Arise from the same or closely related transactions, happenings or events; or
- [✓] B.  Call for determination of the same or substantially related or similar questions of law and fact; or
- [✓] C.  For other reasons would entail substantial duplication of labor if heard by different judges; or
- [ ] D.  Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge _____ to Magistrate Judge _____.

**TRANSFER ORDER DECLINED**

On all documents subsequently filed in this case, please substitute the initials _____ after the case number in place of the initials of the prior judge, so that the case number will read _____. This is very important because the documents are routed to the assigned judges by means of these initials

cc:  [ ] *Previous Judge*    [ ] *Statistics Clerk*

CV-34 (03/21)                    ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 21-01  (Related Cases)