UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:25-cv-05923-JFW-SP | Date | July 16, 2025 |
|---|---|---|---|
| Title | ROSALINA LUNA v. KRISTI NOEM, et al. | | |

| Present: The Honorable | Sheri Pym, United States Magistrate Judge |
|---|---|

| Kimberly I. Carter | n/a | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| n/a | n/a |

**Proceedings:** **(In Chambers) Order for Further Status Report**

The court has reviewed the parties' July 15, 2025 status update that petitioner has been granted bond but remains detained until bond is posted, and stipulation that petitioner will not be transferred to another district until at least July 29, 2025. In light of this update and stipulation, the court continues to refrain from issuing a briefing schedule at this time. The parties are ordered to file a further status report on or before July 18, 2025.